IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## **AMENDED BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| __No__ INTERPRETER NEEDED | : | Arraignment |
| | | |
| Date of Arrest: | : | October 13, 2011<br>ESR OPERATOR: Crystal Wardlaw |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Faith Taylor |
| | | |
| v. | : | Criminal No: 11-519 |
| | | |
| Stephen Ellis | : | Michael Vanderveen, Esq. |
| | : | [] CJA Appointed<br>[xx] Retained<br>[] Defenders' Assn Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

      [] The Government's Motion for Temporary Detention is Granted.  A detention hearing and  are scheduled for .

      [] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

      [] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

      [] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

      [] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

      [] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[XX] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.

                                                    BY:
                                                            /s/ Timothy R. Rice
                                                         _____
                                                         *TIMOTHY R. RICE*
                                                         *UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT  5  MINUTES**

*(Form Revised December, 2009)*