IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| STEPHEN ELLIS | : | NO. 11-519-01 |

FILED
NOV 01 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## IMPORTANT NOTICE TO COUNSEL IN CRIMINAL CASES

Counsel are required to deliver to Judge McLaughlin's Chambers, Room 13614, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, one copy of any filing made in this case. All motions, responses and replies shall be filed with the Clerk, in accordance with the Federal Rules of Criminal Procedure.

At least 3 business days before the commencement of trial, all counsel shall deliver to Judge McLaughlin's Chambers proposed jury instructions and voir dire questions. Additional requested instructions shall be accepted during the course of trial.

The government should also deliver to Judge McLaughlin's Chambers on that date a trial memorandum. At a minimum, this memorandum shall specify the essential elements of the crime charged, discuss any anticipated evidentiary issues, and contain a witness list. Any defense response to the government's trial memorandum shall be delivered to Judge McLaughlin's Chambers on the date of the commencement of trial.

The government must file any motion to admit evidence under Fed. R. Evid. 404(b) at least 10 days before trial.

A form of verdict slip, agreed upon by all parties, shall be delivered to Judge McLaughlin's Chambers on the date of the commencement of trial.

In order to avoid confusion, when counsel receives an email notification of a court order filed in the case, counsel is directed to open the order on the docket and review the contents of the order. At times, the docket's description of an order is inaccurate.

All scheduling matters should be directed to me in writing or by calling 267-299-7609. Your cooperation will be appreciated.

DATED: NOVEMBER 1, 2011

/s/ Milahn Hull for Dennis C. Hartman
Dennis C. Hartman
Deputy Clerk to Judge McLaughlin

xc: Faith Moore Taylor, AUSA
Ashley Lunkenheimer, AUSA
Michael van der Veen, Esq.