IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 11-519 |
| v. : | |
| : | |
| STEPHEN ELLIS : | |
| : | |

## **ORDER**

AND NOW, this 19th day of December, 2012, upon consideration of Defendant's Omnibus Pre-trial Motion (Dkt. No.18), it is hereby ORDERED that said Motion is DENIED as MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II            J.