IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-519 |
| STEPHEN ELLIS | : | |

**O R D E R**

AND NOW, this      day of                    , 2013, upon consideration of the defendant's Motion for Temporary Return of Passport and Permission to go to Aruba, and the government's opposition thereto, it is hereby

O R D E R E D

that the defendant's motion is DENIED.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-519 |
| STEPHEN ELLIS | : | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR TEMPORARY RETURN
OF PASSPORT AND PERMISSION TO GO TO ARUBA**

The United States of America, by its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania and Faithe Moore Taylor and Ashley K. Lunkenheimer, Assistant United States Attorneys in and for the same District, respectfully requests that the defendant's motion be denied.

1. On September 28, 2011, Stephen Ellis was charged by Superseding Indictment with four counts of distribution of oxycodone, in violation of 21 U.S.C. § 841(a)(1), all arising from his illegal distributions of prescription medications to an Integrated Defense Systems employee on the Boeing Company's Ridley Park, PA campus.

2. On January 16, 2012, defendant filed a motion for temporary return of his passport and permission to go to Aruba for a family vacation.

3. For reasons stated at the hearing on the defendant's motion, the government did not object to the defendant's initial motion, but clearly stated that those reasons would not apply to future similar applications and that the government would oppose such applications.

4. On January 9, 2013, the defendant filed this second motion for temporary

return of passport and permission to go to Aruba.  In that motion, the defense counsel represents that government counsel does not oppose the defendant's request.  That is not correct – government counsel was not consulted on this motion and does in fact oppose the defendant's request.

5.	In light of the extremely serious nature of the charges against the defendant and the nature of the defendant's request, which involves leaving the country while under indictment, the government opposes the defendant's request.  Accordingly, for the foregoing reasons, the government respectfully requests that the Court deny the defendant's motion for temporary return of his passport and permission to go to Aruba.

	Respectfully submitted,

	ZANE DAVID MEMEGER
	United States Attorney


	_____/s/_____
	FAITHE MOORE TAYLOR
	ASHLEY K. LUNKENHEIMER
	Assistant United States Attorneys

Dated: January 11, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the government's response in opposition to the defendant's motion for temporary return of his passport and permission to go to Aruba by email or electronic filing upon the following individual:

Michael T. van der Veen, Esq.
Attorney for Defendant Stephen Ellis

_____/s/_____
FAITHE MOORE TAYLOR
ASHLEY K. LUNKENHEIMER
Assistant United States Attorneys

Date: January 11, 2013