

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :    CRIMINAL NO. 11-519

STEPHEN ELLIS                   :

**ORDER**

FILED
JAN 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 23 day of January, 2013, upon consideration of the defendant's Motion for Temporary Return of Passport and Permission to go to Aruba, and the government's opposition thereto, it is hereby

ORDERED

that the defendant's motion is DENIED.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*